UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellant,<br><br>v.<br><br>COLE HAYES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF APPLIED MACHINERY RENTALS, LLC,<br><br>Appellee. | ) | No. 3:25-cv-00395-FDW |

**UNITED STATES OF AMERICA'S NOTICE OF APPEAL**

In accordance with Rules 3(a) and 6(b) of the Federal Rules of Appellate Procedure, the United States of America appeals to the United States Court of Appeals for the Fourth Circuit from this Court's judgment in favor of the Appellee entered on August 10, 2026. (Dkt. 14.)

[*Signatures on following page*]

Dated: October 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Anna A. Miller*
ANNA A. MILLER
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 257-7595
Fax: (202) 514-6866
Anna.A.Miller@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

*/s/ Anna A. Miller*
ANNA A. MILLER
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice